# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COLLEEN CAMPBELL,

            Plaintiff,

     -against-

MARS, INC.,

            Defendant.

**Document Electronically Filed**

Civil Action No: 16-cv-4035(SD)

## **DEFENDANT MARS, INC.'S MOTION TO DISMISS**

Upon the accompanying Memorandum of Law, and the Declarations and Exhibits submitted therewith, Defendant Mars, Inc. respectfully moves this Court for an order pursuant to Federal Rule of Civil Procedure 12(b) dismissing Plaintiff's complaint with prejudice.

    Respectfully submitted,

    /s/ Kenneth J. Brown
    Kenneth J. Brown (*pro hac vice*)
    Christopher A. Suarez (*pro hac vice*)

    WILLIAMS & CONNOLLY LLP
    725 Twelfth Street, N.W.
    Washington, DC 20005
    (202) 434-5000
    kbrown@wc.com
    csuarez@wc.com

    BROWN & CONNERY, LLP
    Stephen J. DeFeo, Esquire (ID No.: 44434)
    Gina M. Roswell, Esquire (ID No.: 204603)
    360 Haddon Avenue
    Westmont, NJ 08108
    (856) 854-8900
    sdefeo@brownconnery.com
    groswell@brownconnery.com
    *Attorneys for Defendant Mars, Inc.*

Dated: September 9, 2016

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLLEEN CAMPBELL, | **Document Electronically Filed** |
| Plaintiff, | Civil Action No: 16-cv-4035(SD) |
| -against- | |
| MARS, INC., | |
| Defendant. | |

### ORDER

AND NOW, this _____ day of _____, 2016, upon consideration of the Motion to Dismiss filed by Defendant Mars, Inc., it is hereby **ORDERED** that said Motion to Dismiss is **GRANTED** and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

_____
Stewart Dalzell, J.